# Court of Appeals
# of the State of Georgia

ATLANTA,___May 12, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1249. IN THE INTEREST OF: K.D.L.R., A CHILD (MOTHER)**

The mother of minor K. D. L. R. had filed a direct appeal from the juvenile court's order terminating her parental rights. Pursuant to OCGA § 5-6-35 (a) (12), however appeals from orders terminating parental rights must be made by filing an application for discretionary review. See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2D288) (2009). Accordingly, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,_____05/12/2015_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*